BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-01254-AWI-SMS |
| Plaintiff, | **STIPULATION AND ORDER STAYING ACTION** |
| v. | |
| APPROXIMATELY $8,364.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between plaintiff United States of America and Claimants Luis Sanchez and Leticia Sanchez, by and through their respective counsels, for the above-entitled forfeiture action, as follows:

1. Claimant Luis Sanchez is presently facing federal criminal charges in the Eastern District of California, *United States v. Luis Sanchez., et al.,* Case No. 1:10-CR-00065-AWI, allegedly relating to transactions or events which form the basis for this civil forfeiture action;

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related-criminal case and/or upon claimant Luis Sanchez' right against self-incrimination in the related federal criminal case;

3. Publication of the civil forfeiture action has been completed and to date only Luis Sanchez and Leticia Sanchez, have filed a claim or answer, or otherwise appeared in this action, and the time for which any other persons or entities to file a claim or answer has expired.

1  THEREFORE, the parties to this action stipulate as follows:

2  1. Pursuant to 18 U.S.C. § 981(g), these actions shall be stayed pending the
3  conclusion of the federal criminal action presently pending against Luis Sanchez in the Eastern
4  District of California.

5  IT IS SO STIPULATED.

7
8  Date: 12/9/10                                    BENJAMIN B. WAGNER
                                                    United States Attorney

9
10                                                  /s/ Kelli L. Taylor
                                                    KELLI L. TAYLOR
                                                    Assistant United States Attorney
11
12
13
14  Date: 12/8/10                                   /s/ David V. Balakian
                                                    DAVID V. BALAKIAN
                                                    Attorney for Claimants
15                                                  Luis Sanchez and Leticia Sanchez

16                                                  (original signature retained by attorney)

17
18                              ORDER
19  IT IS SO ORDERED.

20
21  Dated:   December 10, 2010                      _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE