1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for United States



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:10-CV-01254-AWI-BAM |
|---|---|
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $8,364.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant approximately $8,364.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on July 13, 2010, alleging that said defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq.* and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

3. On July 14, 2010, the Clerk issued a Warrant for Arrest for the defendant currency, which was duly executed on July 16, 2010.

4.  Beginning on July 30, 2010, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on October 1, 2010.

5.  In addition to publication of the forfeiture action, actual notice was personally served upon claimants Leticia Sanchez and Luis Sanchez.

6.  On August 8, 2010, claimants Leticia Sanchez and Luis Sanchez filed their Claims and Answers to Complaint in this action. To date, no other parties have filed claims or answers in this matter, and the time for which any other person or entity may file a claim and answer has expired.

7.  Claimants Leticia Sanchez and Luis Sanchez stated that they are the sole owners of the defendant currency and thereafter stipulated to entry of a Final Judgment of Forfeiture[1].

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  That judgment is hereby entered against Claimant Leticia Sanchez, Claimant Luis Sanchez, and all other potential claimants who have not filed claims in this action.

3.  Upon entry of a Final Judgment of Forfeiture herein, the defendant currency, approximately $8,364.00 in U.S. Currency together with any interest that has accrued on this amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.  That plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are

---

[1] The complete set of terms stipulated to by Claimants Leticia Sanchez and Luis Sanchez, together with the United States, is more fully set forth in detail in the Stipulation for Final Judgment of Forfeiture filed herein.

1 released from any and all liability arising out of or in any way connected with the
2 seizure, arrest, or forfeiture of the defendant currency. This is a full and final
3 release applying to all unknown and unanticipated injuries, and/or damages arising
4 out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.
5 The parties waived the provisions of California Civil Code § 1542.

6     5. That pursuant to the stipulation of the parties, and the allegations set
7 forth in the Complaint filed on or about July 13, 2010, the Court finds that there
8 was reasonable cause for the seizure and arrest of the defendant funds, and for the
9 commencement and prosecution of this forfeiture action, and a Certificate of
10 Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

11     6. All parties shall bear their own costs and attorneys' fees.

12     7. The Court shall maintain jurisdiction to enforce the terms of this Final
13 Judgment of Forfeiture.

14 SO ORDERED THIS 5th day of November, 2012.

_____
ANTHONY W. ISHII
United States District Court Judge

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed July 13, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

Dated: 11-5-12

_____
ANTHONY W. ISHII
United States District Court Judge

3